

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA DE LA PENA | Case No. **1:25-cr-00686**<br>**Judge LaShonda A. Hunt**<br>**Magistrate Judge Heather K. McShain**<br>**RANDOM/Cat. 5**<br><br>Violation: Title 18, United States Code, Section 1703(a) |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

Between on or about March 20, 2023, and on or about June 10, 2025, in DuPage County and Cook County, in the Northern District of Illinois, Eastern Division,

MARIA DE LA PENA,

defendant herein, who was then a United States Postal Service Employee, without authority, detained, delayed, and opened mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail and carried and delivered by a carrier or other employee of the Postal Service, namely, multiple Menards Rebates addressed to recipients in Lombard, Illinois;

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY